IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CROWN NURSERY, LLC,                )
                                   )   2:11-cv-02425-GEB-CMK
              Plaintiff,           )
                                   )
         v.                        )   ORDER CONTINUING STATUS
                                   )   (PRETRIAL SCHEDULING)
FEDERAL CROP INSURANCE             )   CONFERENCE; FED. R. CIV. P.
CORPORATION, BOARD OF DIRECTORS,   )   4(M) NOTICE
DR. JOSEPH GLAUBER, CHAIRMAN;      )
RISK MANAGEMENT AGENCY, AN         )
AGENCY OF THE UNITED STATES        )
DEPARTMENT OF AGRICULTURE,         )
OFFICE OF ADMINISTRATOR WILLIAM    )
J. MURPHY, ADMINISTRATOR; RURAL    )
COMMUNITY INSURANCE COMPANY;       )
RURAL COMMUNITY INSURANCE          )
AGENCY, INC.; and DOES I through   )
XX,                                )
                                   )
              Defendants.          )
_____  )
```

The Joint Status Report filed November 28, 2011, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on December 12, 2011 is continued to February 27, 2012, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior.

Further, Plaintiff states it "has not yet effected proper service on the Federal Defendants because Plaintiff has not served the complaint and summons on the United States Attorney's Office and the Attorney General's Office." (JSR 3:5-8.)

1

Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to properly serve Dr. Joseph Glauber and William J. Murphy with process as prescribed by Rule 4(i)(2) within the 120 day period prescribed in Rule 4(m) may result in the unserved defendant being dismissed. To avoid dismissal, on or before January 13, 2012, Plaintiff shall file proof of service for these defendants or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated: December 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge